IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| West Virginia, et al., <br>                     Plaintiffs, <br> v. <br> United States Department of Treasury, et al. <br>                     Defendants. | Case No. 7:21-cv-00465-GMB |

### APPLICATON TO APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF STATE OF SOUTH DAKOTA

1. My full name is Jeffery J. Tronvold. In accordance with this Court's Local Rule 83.1(b), I apply to appear in the above-captioned case on behlf of Plaintiff the State of Sout Dakota.

2. My residence address Pierre South Dakota.

3. I am an attorney at the Office of the South Dakota Attorney General. My office address is 1302 E. Highway 14, Suite 1, Pierre, SD 57501. My telephone number is 605-773-3215, my email address is jeffery.tronvold@state.sd.us, and my fax number is 605-773-4106.

4. I am a member of the South Dakota bar (admitted 2003); the U.S. Court of Appeals for the Eighth Circuit (admitted 2003); and the U.S. District Court for the District of South Dakota (admitted 2004).

5. I am in good standing and eligible to practice in all of the above-mentioned courts.

6. I designate as local counsel Bryan M. Taylor. Mr. Taylor is an attorney at Bachus Brom & Taylor LLC. He is a local member of the bar of this Court. His

address is 3536 Independence Drive, Birmingham, Alabama 35209. His telephone number is 334-595-9650, his email address is btaylor@bachusbrom.com, and his fax number is 205-970-7776. His written consent to being designated local counsel for the State of South Dakota is attached to this application.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on April 8, 2021.

JASON R. RAVNSBORG
ATTORNEY GENERAL

Jeffery J. Tronvold
Deputy Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: jeffery.tronvold@state.sd.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| West Virginia, et al.,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>United States Department of Treasury, et al.<br>　　　　　　　　Defendants. | Case No. 7:21-cv-00465-GMB |

## DECLARATION OF BRYAN M. TAYLOR

I am a member in good standing of the bar of this Court. In accordance with this Court's Local Rule 83.1(b), I consent to the applicant Jeffery J. Tronvold designating me as local counsel for the State of South Dakota.

Dated: April 7, 2021

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Bryan M. Taylor
　　　　　　　　　　　　　　　　Bachus Brom & Taylor LLC
　　　　　　　　　　　　　　　　3536 Independence Drive
　　　　　　　　　　　　　　　　Birmingham, AL 35209
　　　　　　　　　　　　　　　　Tel: (334) 595-9650
　　　　　　　　　　　　　　　　Fax: (205) 970-7776
　　　　　　　　　　　　　　　　btaylor@bachusbrom.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　*State of South Dakota*