IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | Case No. 7:21-cv-00465-LSC |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

On March 31, 2021, Plaintiffs filed a complaint challenging a provision of the American Rescue Plan Act of 2021, *see* ECF No. 1, and on April 13, 2021, Plaintiffs filed a preliminary-injunction motion seeking to enjoin that provision, *see* ECF No. 21. The parties have conferred and jointly request that the Court set the following agreed-upon briefing schedule:

| Action | Proposed Date |
|---|---|
| All amicus briefs in support of Plaintiffs[1] | April 30, 2021 |
| Defendants' opposition to Plaintiffs' preliminary-injunction motion | May 7, 2021 |
| All amicus briefs in support of Defendants | May 7, 2021 |
| Plaintiffs' reply in support of their preliminary-injunction motion | May 14, 2021 |

Plaintiffs additionally request that the Court set a hearing to consider Plaintiffs' motion at the Court's earliest convenience following briefing.

DATED: April 21, 2021                               Respectfully submitted,

---

[1] The parties consent to all amicus briefs filed by the proposed deadlines.

1

/s/ Edmund G. LaCour, Jr.
STEVE MARSHALL
  *Alabama Attorney General*
Edmund G. LaCour, Jr.
  *Alabama Solicitor General*
James W. Davis
A. Reid Harris
  *Assistant Attorneys General*
Office of the Alabama
Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Tel: (334) 353-2196
edmund.lacour@alabamaAg.gov
jim.davis@AlabamaAG.gov
reid.harris@AlabamaAG.gov
**Counsel for State of Alabama**

/s/ Lindsay S. See
PATRICK MORRISEY
  *West Virginia Attorney General*
Lindsay S. See (*pro hac vice*)
  *West Virginia Solicitor General*
David C. Tryon (*pro hac vice*)
  *Special Assistant to the*
   *Attorney General*
  (Admitted in Ohio; practicing
   under supervision of West Virginia
   attorneys)
Jessica A. Lee (*pro hac vice*)
  *Assistant Solicitor General*
Office of the West Virginia
Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Lindsay.S.See@wvago.gov
**Counsel for State of West Virginia**

/s/ Bryan M. Taylor
Bryan M. Taylor
Bachus Brom & Taylor LLC
300 Vestavia Parkway, Suite 3700
Birmingham, AL 35216
Tel: (334) 595-9650
btaylor@bachusbrom.com

/s/ Nicholas Bronni
LESLIE RUTLEDGE
  *Arkansas Attorney General*
Nicholas J. Bronni (*pro hac vice*)
  *Arkansas Solicitor General*
Vincent M. Wagner (*pro hac vice*)
  *Deputy Solicitor General*
Dylan L. Jacobs (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-6302
nicholas.bronni@arkansasag.gov
**Counsel for State of Arkansas**

/s/ John M. Ptacin
TREG R. TAYLOR
  *Attorney General of Alaska*
John M. Ptacin (*pro hac vice*)
  *Chief Assistant Attorney General*
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100
Facsimile: (907) 276-3697
John.ptacin@alaska.gov
**Counsel for State of Alaska**

/s/ Jason Hilborn
ASHLEY MOODY
  *Florida Attorney General*
Jason H. Hilborn (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Florida
Attorney General
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Jason.Hilborn@myfloridalegal.com
***Counsel for State of Florida***

/s/ Jeffrey S. Thompson
THOMAS J. MILLER
  *Attorney General of Iowa*
Jeffrey S. Thompson\*
  *Solicitor General*
1305 East Walnut Street
Des Moines, IA 50319
Tel: 515-281-5164
jeffrey.thompson@ag.iowa.gov
***Counsel for State of Iowa***

/s/ Dwight R. Carswell
DEREK SCHMIDT
  *Kansas Attorney General*
Dwight R. Carswell (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Kansas
Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, Kansas 66612
Tel: (785) 368-8410
dwight.carswell@ag.ks.gov
***Counsel for State of Kansas***

/s/ David M.S. Dewhirst
AUSTIN KNUDSEN
  *Attorney General of Montana*
David M.S. Dewhirst (*pro hac vice*)
  *Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-4145
David.Dewhirst@mt.gov
***Counsel for the State of Montana***

/s/ Daniel E. Will
Daniel E. Will\*
  *New Hampshire Solicitor General*
Office of the New Hampshire
Attorney General
33 Capitol Street
Concord, NH 03301-6397
Tel: (603) 271-1119
Daniel.E.Will@doj.nh.gov
***Counsel for the State of New Hampshire***

/s/ Mithun Mansinghani
MIKE HUNTER
  *Oklahoma Attorney General*
Mithun Mansinghani (*pro hac vice*)
  *Solicitor General*
Oklahoma Office Of The
Attorney General
313 NE Twenty-First St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
mithun.mansinghani@oag.ok.gov
***Counsel for the State of Oklahoma***

/s/ J. Emory Smith, Jr.
ALAN WILSON
  *South Carolina Attorney General*
J. Emory Smith, Jr. (*pro hac vice*)
  *Deputy Solicitor General*
Office of the South Carolina
Attorney General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-3680
esmith@scag.gov
***Counsel for State of South Carolina***

/s/ Jeffery J. Tronvold
JASON RAVNSBORG
  *South Dakota Attorney General*
Jeffery J. Tronvold (*pro hac vice*)
  *Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Tel:  (605) 773-3215
Jeffery.tronvold@state.sd.us
***Counsel for State of South Dakota***

/s/ Melissa A. Holyoak
SEAN REYES
  *Utah Attorney General*
Melissa A. Holyoak (*pro hac vice*)
  *Utah Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, UT 84114
Tel: (801) 366-0260
***Counsel for State of Utah***

*Pro hac vice application forthcoming

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
CHARLES E.T. ROBERTS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-9803
Email:   stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

5