FILED
2021 Apr-27  PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| WEST VIRGINIA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No.: |
| U.S. DEPARTMENT OF THE TREASURY, et al., | ) |
| | ) 7:21-cv-00465-LSC |
| | ) |
| Defendants. | ) |
| | ) |

## APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF *AMICUS CURIAE* NATIONAL TAXPAYERS UNION FOUNDATION

1. My full name is Joseph D. Henchman. In accordance with this Court's Local Rule 83.1(b), I apply to appear and participate as counsel in the above-captioned case on behalf of proposed *amicus curiae* National Taxpayers Union Foundation.

2. I am an attorney at National Taxpayers Union Foundation. My residential address is 415 W Street N.E. #A, Washington, DC 20002. My office address is 122 C Street N.W., Suite 650, Washington, DC 20001. My telephone number is (202) 766-5019 and my email address is jbh@ntu.org.

3. I am a member of the Maryland state bar (No. 0712110344, admitted December 11, 2007), the District of Columbia bar (No. 985625, admitted January 1, 2009), the New York state bar (No. 5436894, admitted June 22, 2016), the U.S.

District Court for the District of Maryland (No. 21711, admitted March 12, 2021), the U.S. Court of Appeals for the D.C. Circuit (No. 3276006, admitted April 5, 2018), the U.S. Court of Appeals for the Sixth Circuit (admitted January 22, 2021), and the U.S. Supreme Court (No. 279817, admitted May 23, 2011).

4.  I am in good standing and eligible to practice in all of the above-mentioned courts.

5.  David I. Schoen, an attorney at Schoen Law Firm, is a member of the bar of this Court. His address is 2800 Zelda Road, Suite 100-6, Montgomery, Alabama 36106. His telephone number is (334) 395-6611 and his email address is schoenlawfirm@gmail.com. He will serve the role of local counsel for *amicus curiae* National Taxpayers Union Foundation and his written consent to that role is attached to this application.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on April 27, 2021

Respectfully Submitted,

*/s/ Joseph D. Henchman*
Joseph D. Henchman
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street N.W., Suite 650
Washington, DC 20001
Telephone: 202.766.5019
Email: jbh@ntu.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| WEST VIRGINIA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No.: |
| U.S. DEPARTMENT OF THE | ) |
| TREASURY, et al., | ) 7:21-cv-00465-LSC |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DAVID I. SCHOEN

I am a member in good standing of the bar of this Court. In accordance with this Court's Local Rule 83.1(b), I consent to the applicant Joseph D. Henchman designating me as local counsel for the National Taxpayers Union Foundation.

Dated: April 27, 2021

>
> Respectfully Submitted,
> */s/ David I. Schoen*
> David I. Schoen
> SCHOEN LAW FIRM
> 2800 Zelda Road, Suite 100-6
> Montgomery, AL 36106
> Telephone: 334.395.6611
> Email: schoenlawfirm@gmail.com