FILED
2021 Apr-27 PM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WEST VIRGINIA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 7:21-cv-00465-LSC |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE TREASURY, et al., | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, David I. Schoen, hereby gives notice of his appearance in the above-captioned cause as local counsel for the National Taxpayers Union Foundation, proceeding herein as *amicus curiae*.

Respectfully submitted,

 /s/ David I. Schoen
David I. Schoen
(ASB-0860-O42D)

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, I caused the foregoing to be served on all counsel of record, by filing the same through this Court's ECF system.

/s/ David I. Schoen
David I. Schoen
(ASB-0860-O42D)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Local Counsel for *Amicus Curiae*
National Taxpayers Union Foundation