

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WEST VIRGINIA, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>*Defendants*. | No. 7:21-cv-00465-LSC |

## NOTICE OF APPEARANCE

Kasdin M. Mitchell, attorney at Kirkland & Ellis LLP, hereby gives notice of her appearance as counsel for *amici curiae* Chamber of Commerce of the United States and National Federation of Independent Business Small Business Legal Center in the above-captioned matter.

Respectfully submitted,

s/Kasdin M. Mitchell
KASDIN M. MITCHELL
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 389-5000
kasdin.mitchell@kirkland.com

*Counsel for Amici Curiae Chamber of Commerce of the United States & National Federation of Independent Business Small Business Legal Center*

April 30, 2021