IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF WEST VIRGINIA, by and through Patrick Morrisey, Attorney General of the State of West Virginia, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY et al.,<br><br>Defendants. | Case No. 7:21-cv-465-LSC |

### Notice of Appearance of Counsel for *Amici Curiae* Seventy-Eight Members of the U.S. Senate and U.S. House of Representatives and the American Center for Law and Justice

Michael L. Jackson of the law firm Wallace Jordan Ratliff & Brandt, LLC appears as local counsel for *amici curiae* the American Center for Law and Justice and the following seventy-eight members of the U.S. Senate and U.S. House of Representatives:

Senators Mike Crapo, Tim Scott, John Barrasso, Marsha Blackburn, John Boozman, Mike Braun, Shelley Moore Capito, John Cornyn, Kevin Cramer, Ted Cruz, Steve Daines, Bill Hagerty, James Inhofe, James Lankford, Roger Marshall, Rob Portman, James E. Risch, Ben Sasse, Rick Scott, and Todd Young.

Representatives Jim Banks, Kevin Brady, Robert Aderholt, Rick W. Allen, Andy Biggs, Gus M. Bilirakis, Dan Bishop, Lauren Boebert, Mo Brooks, Vern Buchanan, Ted Budd, Earl L. "Buddy" Carter, Ben Cline, James Comer, Warren Davidson, Jeff Duncan, Ron Estes, A. Drew Ferguson, IV, Scott Fitzgerald, Mike Garcia, Louie Gohmert, Bob Good, Lance Gooden, Paul A. Gosar, D.D.S., Glenn Grothman, Michael Guest, Diana Harshbarger, Vicky Hartzler, Kevin Hern, Yvette Herrell, Ashley Hinson, Ronny L. Jackson, Mike Kelly, Darin LaHood, Kevin McCarthy, Tom McClintock, Carol D. Miller, Barry Moore, Devin Nunes, Scott Perry, Tom Reed, Guy Reschenthaler, Tom Rice, Mike Rogers, David Rouzer, David Schweikert, Pete Sessions, Adrian Smith, Jason Smith, Lloyd Smucker, Michelle Steel, W. Gregory Steube, Claudia Tenney, Ann Wagner, Jackie Walorski, Michael Waltz, Randy Weber, and Brad Wenstrup.

Respectfully submitted on May 4, 2021.

*s/ Michael L. Jackson*
Michael L. Jackson
Email: mjackson@wallacejordan.com

Local counsel for *amici curiae* Seventy-Eight Members of the U.S. Senate and U.S. House of Representatives and the American Center for Law and Justice

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL  35253
Telephone: (205) 870-0555