# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Case No. 7:21-cv-00465-LSC |

## JOINT NOTICE

At a telephonic status conference on April 30, 2021, the Court ordered the parties to confer on the issues raised by this lawsuit to determine whether any issues in the case could be resolved through agreement by the parties. The Court ordered that a conference take place no later than May 7, 2021. On May 5, 2021, that conference took place via videoconference. Despite an extended conversation, the parties were unable to agree to a settlement of any of Plaintiffs' claims.

In accordance with the Court's direction, the parties also discussed logistics regarding a possible hearing on Plaintiffs' motion for a preliminary injunction. The parties agree that the Court can rule on Plaintiffs' preliminary injunction motion based on the parties' written submissions. The parties, however, are prepared to

1

participate in a hearing on the motion if it would assist the Court. Further, Defendants would prefer that any hearing take place via videoconference, and Plaintiffs do not object to that arrangement. But both Plaintiffs and Defendants are prepared to appear before the Court in person if the Court so prefers. Finally, Plaintiffs respectfully request that, due to the important and time-sensitive nature of the issues presented by this case, the Court schedule a hearing or rule on Plaintiffs' motion at the Court's earliest convenience.

DATED: May 19, 2021                                   Respectfully submitted,

/s/ Edmund G. LaCour, Jr.
STEVE MARSHALL
  *Alabama Attorney General*
Edmund G. LaCour, Jr.
  *Alabama Solicitor General*
James W. Davis
A. Reid Harris
  *Assistant Attorneys General*
Office of the Alabama
Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Tel: (334) 353-2196
edmund.lacour@alabamaAg.gov
jim.davis@AlabamaAG.gov
reid.harris@AlabamaAG.gov
**Counsel for State of Alabama**

/s/ Lindsay S. See
PATRICK MORRISEY
  *West Virginia Attorney General*
Lindsay S. See (*pro hac vice*)
  *West Virginia Solicitor General*
David C. Tryon (*pro hac vice*)
  *Special Assistant to the*
   *Attorney General*
   (Admitted in Ohio; practicing
    under supervision of West Virginia
    attorneys)
Jessica A. Lee (*pro hac vice*)
  *Assistant Solicitor General*
Office of the West Virginia
Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Lindsay.S.See@wvago.gov
**Counsel for State of West Virginia**

/s/ Bryan M. Taylor
Bryan M. Taylor
Bachus Brom & Taylor LLC
300 Vestavia Parkway, Suite 3700
Birmingham, AL 35216
Tel: (334) 595-9650
btaylor@bachusbrom.com

/s/ Nicholas Bronni
LESLIE RUTLEDGE
  *Arkansas Attorney General*
Nicholas J. Bronni (*pro hac vice*)
  *Arkansas Solicitor General*
Vincent M. Wagner (*pro hac vice*)
  *Deputy Solicitor General*
Dylan L. Jacobs (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-6302
nicholas.bronni@arkansasag.gov
**Counsel for State of Arkansas**

/s/ John M. Ptacin
TREG R. TAYLOR
  *Attorney General of Alaska*
John M. Ptacin (*pro hac vice*)
  *Chief Assistant Attorney General*
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100
Facsimile: (907) 276-3697
John.ptacin@alaska.gov
**Counsel for State of Alaska**

3

/s/ Jason Hilborn
ASHLEY MOODY
  *Florida Attorney General*
Jason H. Hilborn (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Florida
Attorney General
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Jason.Hilborn@myfloridalegal.com
**Counsel for State of Florida**

/s/ Jeffrey S. Thompson
THOMAS J. MILLER
  *Attorney General of Iowa*
Jeffrey S. Thompson*
  *Solicitor General*
1305 East Walnut Street
Des Moines, IA 50319
Tel: 515-281-5164
jeffrey.thompson@ag.iowa.gov
**Counsel for State of Iowa**

/s/ Dwight R. Carswell
DEREK SCHMIDT
  *Kansas Attorney General*
Dwight R. Carswell (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Kansas
Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, Kansas 66612
Tel: (785) 368-8410
dwight.carswell@ag.ks.gov
**Counsel for State of Kansas**

/s/ David M.S. Dewhirst
AUSTIN KNUDSEN
  *Attorney General of Montana*
David M.S. Dewhirst (*pro hac vice*)
  *Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-4145
David.Dewhirst@mt.gov
**Counsel for the State of Montana**

/s/ Anthony J. Galdieri
Anthony J. Galdieri
*Senior Assistant Attorney General, Civil Bureau*
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-1214
Anthony.J.Galdieri@doj.nh.gov
**Counsel for the State of New Hampshire**

/s/ Mithun Mansinghani
MIKE HUNTER
  *Oklahoma Attorney General*
Mithun Mansinghani (*pro hac vice*)
  *Solicitor General*
Oklahoma Office Of The
Attorney General
313 NE Twenty-First St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
mithun.mansinghani@oag.ok.gov
**Counsel for the State of Oklahoma**

/s/ J. Emory Smith, Jr.
ALAN WILSON
  *South Carolina Attorney General*
J. Emory Smith, Jr. (*pro hac vice*)
  *Deputy Solicitor General*
Office of the South Carolina
Attorney General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-3680
esmith@scag.gov
***Counsel for State of South Carolina***

/s/ Melissa A. Holyoak
SEAN REYES
  *Utah Attorney General*
Melissa A. Holyoak (*pro hac vice*)
  *Utah Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, UT 84114
Tel: (801) 366-0260
***Counsel for State of Utah***

/s/ Jeffery J. Tronvold
JASON RAVNSBORG
  *South Dakota Attorney General*
Jeffery J. Tronvold (*pro hac vice*)
  *Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Tel:  (605) 773-3215
Jeffery.tronvold@state.sd.us
***Counsel for State of South Dakota***

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
CHARLES E.T. ROBERTS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone:      (202) 305-9803
Email:        stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, I filed with the Court and served on all counsel through the CM/ECF system the foregoing document.

/s *Edmund G. LaCour Jr.*
Counsel for the State of Alabama
