**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

**STATE OF WEST VIRGINIA**, et al.,

    Plaintiffs,

v.

**UNITED STATES DEPARTMENT OF THE TREASURY**, et al.,

    Defendants.

Case No. 7:21-cv-00465-LSC

**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PROPOSED INTERVENOR WISCONSIN LEGISLATURE**

Misha Tseytlin ("Movant"), of Troutman Pepper Hamilton Sanders LLP, pursuant to Local Rule 83.1(b), moves this Court for admission *pro hac vice*, to appear in this proceeding as counsel for Proposed Intervenor Wisconsin Legislature, and states as follows:

1.    Movant is an attorney licensed to practice law and is a member of good standing of the state and territorial bars of New York (2008), D.C. (2009), West Virginia (2014), Wisconsin (2015), and Illinois (2020). Movant resides in Northfield, Illinois. Movant's business address and contact information is: Troutman Pepper Hamilton Sanders LLP, 227 W. Monroe St., Suite 3900, Chicago, IL 60606, (608) 999-1240 (telephone), (312) 759-1939 (fax), misha.tseytlin@troutman.com.

2. Movant is also admitted to practice before and is in good standing with the United States District Courts for the: Northern District of Illinois (2020), Northern District of New York (2020), Eastern District of Wisconsin (2019), Western District of Wisconsin (2019), and Southern District of West Virginia (2014).

3. Movant is also admitted to practice before and is in good standing with the United States Courts of Appeals for the: First Circuit (2021), Second Circuit (2019), Fourth Circuit (2020), Sixth Circuit (2016), Seventh Circuit (2016), Ninth Circuit (2012), Eleventh Circuit (2015), and D.C. Circuit (2013).

4. Movant is also admitted to the Supreme Court of the United States (2016).

5. Movant designates J. Houston Shaner, of the law firm of Troutman Pepper Hamilton Sanders LLP, who is qualified to practice in this Court and who consents to designation, as local counsel.

6. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in any jurisdiction.

7. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the United States District Court for the Northern District of Alabama.

8.     Contemporaneously with the filing of this Motion, Movant has paid to the Clerk of the United States District Court for the Northern District of Alabama an Attorney Admission Fee in the amount of $75.00.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Proposed Intervenor Wisconsin Legislature in this case for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Misha Tseytlin.

I state that I am a member in good standing of the aforesaid bars, and that I will demean myself as an attorney of this court uprightly and according to law, under penalty of perjury I so declare.

Respectfully submitted,

/s/Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: (608) 999-1240
Facsimile: (312) 759-1939
misha.tseytlin@troutman.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, J. Houston Shaner, an attorney qualified to practice in this Court, consent to designation as the local attorney for Misha Tseytlin of Troutman Pepper Hamilton Sanders LLP, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

/s/J. Houston Shaner
J. HOUSTON SHANER
(ASB No. 1992M27W)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, Georgia 30308
Telephone: 404-885-3909
Facsimile: 404-885-3900
houston.shaner@troutman.com

*Attorney for Proposed Intervenor*
*Wisconsin Legislature*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2021, I filed the foregoing Application with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: May 20, 2021

/s/J. Houston Shaner
J. HOUSTON SHANER