IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Case No. 7:21-cv-00465-LSC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On Friday, the United States District Court for the Eastern District of Kentucky issued its decision in Kentucky and Tennessee's Spending Clause challenge to the Tax Mandate. *Kentucky v. Yellen*, No. 3:21-cv-000-17 (E.D. Ky. Sep. 24, 2021).

In the opinion, the court granted the States' motion for summary judgment, holding that the Tax Mandate is unconstitutionally coercive under the Spending Clause and that "the coercion presented in the ARPA is exactly the kind of intrusion on state sovereignty that the Constitution prohibits." *Id.* at 11. In so holding, the court cited both the "sheer size of the federal government's offering" and the "economic devastation the pandemic has brought." *Id.* at 9. Considering all fifty States and the District of Columbia, the court recognized that ARPA funds represent

1

"roughly *twenty percent* of the annual state tax collections brought in by state governments" and held that "'refusing to accede to the conditions set out in the [law] is not a realistic option.'" *Id.* at 8 (quoting *Nat'l Fed'n of Indep. Bus. v. Sebelius*, 567 U.S. 519, 681 (2012) (Scalia, J., dissenting)). The court specifically rejected Defendants' argument that *NFIB*'s coercion analysis applied only to conditions affecting the receipt of pre-existing funds, slip. op. at 7 n.3, the same argument Defendants rely on here. *See* Doc. 76 at ECF 37.

Finally, the court held that a permanent injunction was appropriate because there is "no cognizable interest of the federal government in enforcing the Tax Mandate" and because "the States' ability to set their taxing policy as a co-sovereign enhances, rather than threatens, individual liberty." Slip op. at 14. Defendants are now enjoined from seeking enforcement of the Tax Mandate against Tennessee and Kentucky.

The court's decision is attached.

DATED: September 27, 2021          Respectfully submitted,

/s/ Edmund G. LaCour, Jr.
STEVE MARSHALL
  *Alabama Attorney General*
Edmund G. LaCour, Jr.
  *Alabama Solicitor General*
James W. Davis
A. Reid Harris
  *Assistant Attorneys General*
Office of the Alabama
Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Tel: (334) 353-2196
edmund.lacour@alabamaAg.gov
jim.davis@AlabamaAG.gov
reid.harris@AlabamaAG.gov
**Counsel for State of Alabama**

/s/ Lindsay S. See
PATRICK MORRISEY
  *West Virginia Attorney General*
Lindsay S. See (*pro hac vice*)
  *West Virginia Solicitor General*
David C. Tryon (*pro hac vice*)
  *Special Assistant to the*
   *Attorney General*
  (Admitted in Ohio; practicing
   under supervision of West Virginia
   attorneys)
Jessica A. Lee (*pro hac vice*)
  *Assistant Solicitor General*
Office of the West Virginia
Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Lindsay.S.See@wvago.gov
**Counsel for State of West Virginia**

/s/ Bryan M. Taylor
Bryan M. Taylor
Bachus Brom & Taylor LLC
300 Vestavia Parkway, Suite 3700
Birmingham, AL 35216
Tel: (334) 595-9650
btaylor@bachusbrom.com

/s/ Nicholas Bronni
LESLIE RUTLEDGE
  *Arkansas Attorney General*
Nicholas J. Bronni (*pro hac vice*)
  *Arkansas Solicitor General*
Vincent M. Wagner (*pro hac vice*)
  *Deputy Solicitor General*
Dylan L. Jacobs (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-6302
nicholas.bronni@arkansasag.gov
**Counsel for State of Arkansas**

/s/ John M. Ptacin
TREG R. TAYLOR
  *Attorney General of Alaska*
John M. Ptacin (*pro hac vice*)
  *Chief Assistant Attorney General*
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100
Facsimile: (907) 276-3697
John.ptacin@alaska.gov
**Counsel for State of Alaska**

/s/ Jason Hilborn
ASHLEY MOODY
  *Florida Attorney General*
Jason H. Hilborn (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Florida
Attorney General
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3300
Jason.Hilborn@myfloridalegal.com
**Counsel for State of Florida**

/s/ Jeffrey S. Thompson
THOMAS J. MILLER
  *Attorney General of Iowa*
Jeffrey S. Thompson*
  *Solicitor General*
1305 East Walnut Street
Des Moines, IA 50319
Tel: 515-281-5164
jeffrey.thompson@ag.iowa.gov
**Counsel for State of Iowa**

/s/ Dwight R. Carswell
DEREK SCHMIDT
  *Kansas Attorney General*
Dwight R. Carswell (*pro hac vice*)
  *Assistant Solicitor General*
Office of the Kansas
Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, Kansas 66612
Tel: (785) 368-8410
dwight.carswell@ag.ks.gov
**Counsel for State of Kansas**

/s/ David M.S. Dewhirst
AUSTIN KNUDSEN
  *Attorney General of Montana*
David M.S. Dewhirst (*pro hac vice*)
  *Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-4145
David.Dewhirst@mt.gov
**Counsel for the State of Montana**

/s/ Anthony J. Galdieri
Anthony J. Galdieri
*Senior Assistant Attorney General, Civil Bureau*
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-1214
Anthony.J.Galdieri@doj.nh.gov
**Counsel for the State of New Hampshire**

/s/ Mithun Mansinghani
JOHN M. O'CONNOR
  *Oklahoma Attorney General*
Mithun Mansinghani (*pro hac vice*)
  *Solicitor General*
Oklahoma Office Of The
Attorney General
313 NE Twenty-First St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
mithun.mansinghani@oag.ok.gov
**Counsel for the State of Oklahoma**

/s/ J. Emory Smith, Jr.
ALAN WILSON
  *South Carolina Attorney General*
J. Emory Smith, Jr. (*pro hac vice*)
  *Deputy Solicitor General*
Office of the South Carolina
Attorney General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-3680
esmith@scag.gov
***Counsel for State of South Carolina***

/s/ Melissa A. Holyoak
SEAN REYES
  *Utah Attorney General*
Melissa A. Holyoak (*pro hac vice*)
  *Utah Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, UT 84114
Tel: (801) 366-0260
***Counsel for State of Utah***

/s/ Jeffery J. Tronvold
JASON RAVNSBORG
  *South Dakota Attorney General*
Jeffery J. Tronvold (*pro hac vice*)
  *Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Tel:  (605) 773-3215
Jeffery.tronvold@state.sd.us
***Counsel for State of South Dakota***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2021, I filed with the Court and served on all counsel through the CM/ECF system the foregoing document.

/s *Edmund G. LaCour Jr.*
Counsel for the State of Alabama