# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| State of West Virginia, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   7:21-cv-00465-LSC<br>) |
| United States Department of Treasury, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## FINAL JUDGMENT

As discussed in the accompanying Memorandum of Opinion, the following rulings are hereby made:

1) the Wisconsin Legislature's motion to intervene as a plaintiff in this action (doc. 58) is hereby **DENIED**;

2) the Plaintiff States' motion for a final judgment in their favor (doc. 75) is hereby **GRANTED**;

**3)** Defendant, the Secretary of the Treasury, is hereby **PERMANENTLY ENJOINED** from seeking enforcement of the Tax Mandate, 42 U.S.C. § 802(c)(2)(A), against the Plaintiff States;

4) given that injunction, the Plaintiff States' request for declaratory relief (as argued in doc. 75) is hereby **DENIED**;

**5)** Defendants' motion to dismiss this action (doc. 76) is hereby **DENIED**.

Only to the extent provided by law are costs taxed against the Defendants.

**DONE** and **ORDERED** on November 15, 2021.

_____
L. Scott Coogler
United States District Judge

160704