# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Case No. 7:21-cv-00465-LSC |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants the United States Department of the Treasury, Janet Yellen, in her official capacity as Secretary of the Treasury, and Richard K. Delmar, in his official capacity as Acting Inspector General of the Department of the Treasury, appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Judgment (Docket No. 83) and Memorandum of Opinion (Docket No. 82) entered November 15, 2021.

1

DATED: January 14, 2022               Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ *Charles E.T. Roberts*
MICHAEL P. CLENDENEN
STEPHEN EHRLICH
CHARLES E.T. ROBERTS
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20005
Phone: (202) 305-8628
Email: charles.e.roberts@usdoj.gov

*Counsel for Defendants*