
FILED
2022 Jan-14 AM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

January 14, 2022

Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. 7:21-cv-465-LSC
U.S.C.A. No. NEW

IN RE: West Virginia, State of, et al. v United States Department of the Treasury et al.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X     Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

       Certified record supplemental record on appeal consisting of: volume(s) of pleadings, etc.; volume(s) of transcripts;

X     First Notice of Appeal? YES Dates of other Notices:

       The following materials **SEALED** in this court (order enclosed) consisting of:

       Original papers (court file) and certified copy of docket entries per USCA request.

X     There was no hearing from which a transcript could be made.

       Copy of CJA Form 20 or District Court order appointing counsel.

X     The appellant docket fee has been paid. WAIVED (USA) Date Paid:

       The appellant has been leave to appeal in forma pauperis and a request for certificate of appealability (order enclosed).

X     The Judge/Magistrate Judge appealed from is: Judge L. Scott Coogler

       The Court Reporter is:

       This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

       This is a **DEATH PENALTY** appeal.

       Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

       Other:

xc: Counsel                      Sharon Harris, Clerk

                                     By:____S. Murray _____
                                            Deputy Clerk